7338                      STATE OF LOUISIANA.

JOSEPH YATTER

     VS                        COURT OF APPEAL

WID. JOHN KUHLMAN ET AL          PARISH OF ORLEANS.

S Y L L A B U S .

St. Paul, Judge.

Plaintiff sues to annul a lease on the ground that as the result of a storm the roof of the leased premises was so badly damaged that the place became uninhabitable.

The defense is a general denial, and defendants have reconvened for ~~###~~ the rent.

The case presents only issues of fact; there was judgment below for the defendants as prayed for, and plaintiff has appealed.

The evidence shows that as the result of a sudden storm the roof of the building was slightly damaged and considerable water leaked in.

Plaintiff immediately notified the defendants, who attended to the matter at once. The roof was repaired at a trifling cost, and has not leaked since.

A few days afterwards plaintiff presented a claim for alleged damages to his furniture, etc, caused by this sudden storm, which damages defendant very properly refused to pay; and some weeks later plaintiff removed from the premises and filed this suit.

Plaintiffs claim appears to us wholly without merit, and we thin the district judge properly rejected his demand and condemned him for the rent.

Judgment Affirmed.